Submitted on record and briefs July 6, reversed September 12, 2007

In the Matter of L. L. F.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

L. L. F.,
*Appellant.*

Multnomah County Circuit Court
070160168; A134739

168 P3d 311

Liza Jane Langford filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Christina M. Hutchins, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

## PER CURIAM

In this mental commitment case, appellant contends that the evidence is legally insufficient to establish that, because of a mental disorder, she is dangerous to herself or others or unable to provide for her basic personal needs. ORS 426.005(1)(d). The state concedes that the evidence was not sufficient for an involuntary commitment. On *de novo* review, we agree and accept the concession.

Reversed.